# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JASON SIMON, individually and on Behalf of others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE TERMINIX INTERNATIONAL ) COMPANY LIMITED PARTNERSHIP, ) ) Defendant. ) | Case No.: 2:23-cv-02526-JTF-tmp |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal without Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, filed on October 23, 2023. (ECF No. 11.) The parties stipulate to the dismissal of this action. (*Id*.) The Court, being duly advised, finds that all claims in this action are dismissed without prejudice. Accordingly, each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED** this 24th day of October, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE