# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

| | |
|---|---|
| JASON SIMON, individually and on ) <br> Behalf of others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE TERMINIX INTERNATIONAL ) <br> COMPANY LIMITED PARTNERSHIP, ) <br> ) <br> Defendant. ) | Case No.: 2:23-cv-02526-JTF-tmp |

# JUDGMENT

Decision by the Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal, entered on October 24, 2023.  (ECF No. 12.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

October 24, 2023  
DATE

WENDY OLIVER  
CLERK

s/Dairanetta S. Spain  
(By) LAW CLERK